UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BROWN,

                    Plaintiff,

-against-

3700 DELI & GROCERY INC., ET AL.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/10/2020

19-cv-07160 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    By no later than August 19, 2020, Plaintiff is directed to file a status report indicating whether they intend to move for default judgment, and if so, proposing a briefing schedule.

**SO ORDERED.**

**Dated**:  August 10, 2020
           New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**