UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/27/2020
```

ALTAUNE BROWN,

                Plaintiff,

-against-

19-cv-07160 (ALC)

**ORDER**

3700 DELI & GROCERY INC, ET AL.,

                Defendants.

**ANDREW L. CARTER, JR., United States District Judge:**

    On August 27, 2020, Plaintiffs filed a motion for default judgment. ECF Nos. 24-28. The Court subsequently issued an Order directing Defendants to show cause why default judgment should not be entered. ECF No. 29. However, it has come to this Court's attention that Plaintiffs' motion for default judgment is deficient. A motion for default judgment must include a "memorandum providing the legal and factual authority proving that liability has been established". Individual Practices of Andrew L. Carter, Jr., Attachment A. Plaintiff's motion does not include such a memorandum.

    Accordingly, the Court hereby VACATES its Order to Show Cause, ECF No. 29. Plaintiffs are ORDERED to submit the required memorandum by November 4, 2020. Plaintiffs are further required to serve this Order on Defendants and file proof of service by that date.

**SO ORDERED.**

**Dated: October 27, 2020**
       New York, New York

                                                _____

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**