UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ALTAUNE BROWN,

                Plaintiff,

                      19 **CIVIL** 7160 (ALC)

      -against-                   **DEFAULT JUDGMENT**

3700 DELI & GROCERY INC., ET AL.,
                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Opinion and Order dated January 27, 2021, Plaintiff's motion for default judgment is GRANTED in part. Defendants 3700 Deli & Grocery Inc., Magenta Realty LLC, and 2 Deli Grocery Inc. are ORDERED to take necessary steps to provide an accessible entrance and install a ramp with appropriate slope and signage, and/or otherwise provide an accessible and properly designated entrance at the Premises, 3700 White Plains Rd, Bronx, New York 10467; provide signage addressing people with disabilities telling them that accessible services are provided; and provide a safe and accessible emergency exit. Defendants are further ORDERED to pay Plaintiff $1000 in compensatory damages. It is further ordered that (1) Defendants shall submit to Plaintiff's counsel a report detailing architectural plans to cure the accessibility issue with the entrance of the Premises within 60 days, (2) Plaintiff shall have 20 days from receipt of such report to consent or seek further relief from this Court, and (3) Defendant shall make the designated modification within 60 days of Plaintiff's consent or a ruling by this Court on any request for further relief; accordingly, the case is closed.

**DATED**: New York, New York
            January 28, 2021

                                          **RUBY J. KRAJICK**
                                            Clerk of Court

                            **BY:** _____
                                            Deputy Clerk